AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ JAMES RICHARDS

DISTRICT COURT NUMBER
CR 08-0194 SBA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO AND FIREARM

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    JAMES C. MANN, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR JAMES RICHARDS

**Count One:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime<br>Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime<br>Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

**Count Two:** 18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm.

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 10 Years. |
| (2) | Fine: | $250,000 |
| (3) | Supervised release: | Maximum 3-Year Term |
| (4) | Special assessment: | $100.00 |

**Count Three:** 18 U.S.C. § 924(c)(1)(A) – Possession Of Firearms In Furtherance of Drug Trafficking Crimes.

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 5 Years Imprisonment<br>Consecutive To Any Other Term Of Imprisonment |
| (2) | Fine: | $250,000 |
| (3) | Supervised Release: | Maximum 5-Year Term |
| (4) | Special Assessment. | $100.00 |

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR08-0194 SBA

UNITED STATES OF AMERICA,

V.

E-filing

JAMES RICHARDS,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime

A true bill.

_____ Foreman

Filed in open court this 26 day of MARCH 2008.

_____ Clerk

Bail, $ No bail arrest warrant

Wayne D. Brazil  3/26/08

FILED
2008 MAR 26 PM 12:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                              E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION
11
12 | UNITED STATES OF AMERICA,    )   No. CR08-0194 SBA
                                  )
13 |     Plaintiff,                )   VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and
                                  )   841(b)(1)(C) – Possession With Intent To
14 |     v.                       )   Distribute Crack Cocaine; 18 U.S.C. §
                                  )   922(g)(1) – Felon in Possession of a
15 | JAMES RICHARDS,               )   Firearm; 18 U.S.C. § 924(c)(1)(A) – Using
                                  )   and Carrying a Firearm During Drug
16 |     Defendant.                )   Trafficking Crime
                                  )
17                                )
   _____  )   OAKLAND VENUE
18
19                           INDICTMENT
20  The Grand Jury charges:
21  COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To
                  Distribute Crack Cocaine)
22
23      On or about November 8, 2007, in the Northern District of California, the defendant,
24                              JAMES RICHARDS,
25  knowingly and intentionally possessed with intent to distribute a Schedule II controlled
26  substance, namely, approximately 2.43 grams of a mixture and substance containing a detectable
27  amount of cocaine base in the form of "crack," in violation of Title 21, United States Code,
28  Sections 841(a)(1) and 841(b)(1)(C).

INDICTMENT

FILED
2008 MAR 26 PM 12:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | COUNT TWO: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about November 8, 2007, in the Northern District of California, the defendant,

JAMES RICHARDS,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) a AA Arms Inc., Model AP9 9mm semiautomatic pistol, with serial number 058198, and (2) 27 live rounds of 9mm ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: (18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

On or about November 8, 2007, in the Northern District of California, the defendant,

JAMES RICHARDS,

did knowingly use and carry a firearm during and in relation to the drug trafficking crime alleged in Count One herein, which crime may be prosecuted in a court of the United States, and, in furtherance of that crime, did knowingly possess that firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

DATED: March 26, 2008

A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
AUSA J.C. MANN

INDICTMENT