| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 8 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 4/17/08 10:54:04-11:02:10 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>4/17/08 | NEW CASE ☐ | CASE NUMBER<br>CR-08-00194-SBA |

### APPEARANCES

| DEFENDANT<br>JAMES RICHARDS | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews for R. Silberg (Relieved); Patrick Swillinger (Retained) | PD. ☐ APPT ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY<br>James Mann | | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Hence Williams | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>2 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>2 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT<br>HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |

**FILED APR 17 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT<br>3 COUNTS | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED   ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED UNTIL 4/28/08 | ☒ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY AS TO<br>ALL 3 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>4/28/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY<br>THE DEFT. RE: SPEEDY<br>TRIAL ACT CALCULATION<br>BET. NOW & UNTIL 4/28/08<br>FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Case also set next bef. Judge S. B. ARMSTRONG on 4/29/08 at 9:00 a.m. for Status/Trial Setting.
The deft's atty. told Court that he already received the discovery in this case. The deft's atty. asked the Court for a continuance of the Detention Hrg. until 4/28/08 to give him the opportunity to talk to the deft's family in rel. to his bail - request GRANTED.

cc: WDB's Stats, Lisa Clark, Pretrial Svcs.          DOCUMENT NUMBER: