**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/29/08

CR 08-00194SBA                                  JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

RICHARDS                                          Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)


<u>  JAMES MANN  </u>                              <u>     PATRICK SWILLINGER     </u>
U.S. ATTORNEY                                     ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                       <u>     STARR WILSON     </u>
                                                      Court Reporter


<u>                         </u>                   <u>                              </u>
 Interpreter                                   Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>    STATUS - HELD                                         </u>

**RESULT OF HEARING:** <u>    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE</u>
<u>PREPARATION OF COUNSEL UNTIL 5/12/08                                                </u>


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to** <u> 5/12/08            </u> **for** <u>Further Status/Trial Setting/ Motion Setting/Evidentiary</u>
Hearing @ 2:00 PM
**Case Continued to** <u>              </u> @ 9:00 a.m. for <u>                </u> Motions
**Brief Sched. Motion papers by** <u>        </u>**Opposition by** <u>          </u>**Reply by** <u>    </u>
**Case Continued to** <u>             </u> for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** <u>       </u> Motions in limine/objections to evidence due <u>          </u>
**Responses to motions in limine and/or responses to objections to evidence due** <u>         </u>
**Case Continued to** <u>        </u> for Trial(Court/Jury: <u>   </u> Days/weeks) at 8:30 a.m.
**Case Continued to** <u>                </u> for Judgment & Sentencing as to Count(s) <u>        </u> of the
(Indictment/Information) @ 10:00 a.m.
**Case Continued to** <u>            </u> for Change of Plea @ 11:00 a.m.
cc: