**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 5/12/08

CR 08-00194SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**RICHARDS**                    Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

  <u>JAMES MANN</u>                    <u>PATRICK SWILLINGER</u>
**U.S. ATTORNEY**                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark                    <u>DIANE SKILLMAN</u>
                                    **Court Reporter**

 Interpreter                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF COUNSEL UNTIL 6/10/08</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>6/10/08</u> **for** <u>Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.</u>
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
**cc:**