PATRICK A. SWILLINGER
Attorney at Law
State Bar No. 251098
1500 20th Street
San Francisco, CA 94107
Tel: (415) 920-0423
Fax: (415) 920-0427

Attorney for Defendant
JAMES RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JAMES RICHARDS,<br><br>                  Defendant. | Case No. CR-08-0194 SBA |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    COMES NOW the undersigned retained defense counsel, Attorney Patrick A. Swillinger, and respectfully requests that this Court permit him to withdraw from representation of the defendant James Richards in the above-entitled action. Counsel says further that:

    1. The defendant was arrested in Oakland, California on November 9, 2007, and brought before the Alameda Superior Court thereafter. The defendant was indicted on these federal charges on March 26, 2008. Undersigned counsel represented Mr. Richards in Superior Court and continued that representation in federal court.

2. The defendant has instructed undersigned counsel to file this motion to withdraw as counsel.

3. Circumstances have developed in the course of representation that have caused an irremediable breakdown in the attorney-client relationship that prevents undersigned counsel from providing effective assistance of counsel.

4. If Mr. Richards is willing to waive attorney-client privilege, undersigned counsel is willing to provide further information to the Court *in camera* if the Court wishes.

WHEREFORE, undersigned counsel respectfully requests that this Court permit him to withdraw from representation of defendant in this case.

Respectfully submitted,

Dated: June 4, 2008     ____/s/ Patrick A. Swillinger____

PATRICK A. SWILLINGER

**CERTIFICATE OF SERVICE**

    I hereby certify that I have forwarded via ECF filing the foregoing Motion to Withdraw as Counsel of Record to AUSA James C. Mann.

Dated: June 4, 2008                                        /s/ Patrick A. Swillinger
                                                                  PATRICK A. SWILLINGER