PATRICK A. SWILLINGER
ATTORNEY AT LAW
1500 20TH STREET
SAN FRANCISCO, CALIFORNIA 94107

June 4, 2008

Honorable Magistrate Judge Wayne D. Brazil
United States District Court
Northern District of California
1301 Clay Street
Suite 400S
Oakland, CA 94612

**Re: U.S. v. Richards, 08-0194 SBA**

Dear Magistrate Judge Brazil,

Today I filed a Motion to Withdraw as counsel for James Richards in the above-entitled action, and hereby request a date on your calendar for Appointment of Counsel for Mr. Richards. To the best of my knowledge, he filed a financial affidavit attesting to his indigence when he first appeared in your courtroom in April 11, 2008.

I was informed by Ivy Garcia that I should request a calendar date for Monday, June 9, but unfortunately I am unable to come at 10 a.m. on that date, as I am in trial. However, I will be in Oakland on Tuesday, June 10 for the hearing on the above Motion in Judge Armstrong's courtroom at 10:00 a.m. I therefore request that Mr. Richard's Appointment of Counsel be set at the same time and date, 10:00 a.m. on Tuesday, June 10, 2008.

Please contact me if there is anything else I can or should do to help Mr. Richards obtain new counsel. My cell phone is (415) 385-5907. Thank you for you attention.

Very Truly Yours,

\_\_\_\_/s/Patrick A. Swillinger_____