PATRICK A. SWILLINGER
Attorney at Law
State Bar No. 251098
1500 20th Street
San Francisco, CA 94107
Tel: (415) 920-0423
Fax: (415) 920-0427

Attorney for Defendant
JAMES RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>JAMES RICHARDS,<br><br>                  Defendant. | Case No. CR-08-0194 SBA<br><br><br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

    Counsel for James Richards, Patrick A. Swillinger, is hereby relieved as counsel for the defendant in the above action pursuant to the Motion to Withdraw filed in this Court on June 4, 2008.

    IT IS SO ORDERED.


DATED: June ___, 2008       _____

                                    HONORABLE SAUNDRA B. ARMSTRONG

                                    United States District Judge