UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/10/08

CR 08-00194SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**RICHARDS**                                Present (x) Not Present ( ) In Custody (x)
    DEFENDANT(S)

<u>JAMES MANN</u>                          <u>PATRICK SWILLINGER</u>
U.S. ATTORNEY                              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>STARR WILSON</u>
                                              Court Reporter

Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD; MOTION TO WITHDRAW - HELD

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME DUE TO CONTINUITY OF DEFENSE COUNSEL UNTIL 6/13/08; COURT GRANTS DEFENSE COUNSEL MOTION TO WITHDRAW; MATTER REFERRED TO MAG. BRAZIL FOR ID OF COUNSEL ON 6/13/08 @ 10:00 AM**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: IVY