**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 13, 2008

The Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
1301 Clay Street
Oakland, CA 94612

Re:   <u>United States v. James Richards</u>
       CR-08-0194 SBA

Your Honor:

This morning, the Court appointed me to represent Mr. Richards. At that time Mr. Richards made a request regarding a drug treatment program. The Court informed Mr. Richards that he should allow me to look into it, and that I could place this matter on calendar if appropriate.

I talked briefly with Mr. Richards, and reviewed the Pretrial records after court. It appears that the option of drug treatment was mentioned by the Court at the initial detention hearing, but not discussed by Mr. Richards' prior attorney. For that reason, I would like to request that the Court place this matter on calendar for <u>Wednesday, June 18 at 10:00 a.m.</u> so that the Court can consider Mr. Richards' request that he be assessed for participation in a drug treatment program.

Thank you very much.

Respectfully,

BARRY J. PORTMAN
Federal Public Defender

       /S/
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender

cc: James Mann, AUSA