JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:   (510) 637-3724
    E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0194 SBA |
| | ) | |
|     Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | DETENTION HEARING AND |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| JAMES RICHARDS, | ) | Date:        July 9, 2008 |
| | ) | Time:       10:00 a.m. |
|     Defendant. | ) | Court:     Hon. Nandor J. Vadas |
| | ) | |
| | ) | |
| _____ | ) | |

On June 18, 2008, Defendant James Richards requested a further detention hearing in the

above-captioned matter.  The Honorable Wayne D. Brazil set the matter for further detention

hearing before this Court on July 9, 2008.  Counsel for the government is not available on July 9,

2008.  The parties, therefore, request that this Court vacate the detention hearing set for July 9,

////

////

////

////

STIP. REQ. TO CONTINUE DETENTION HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

2008 and reset the same hearing for July 21, 2008 at 10:00 a.m. before the Honorable Wayne D. Brazil.

DATED: July 8, 2008

_____/s/_____          _____/s/_____
JAMES C. MANN                          REBECCA SILBERT
Assistant United States Attorney       Counsel for James Richards
Counsel for United States

   **IT IS HEREBY ORDERED** that Defendant's detention hearing in the above-captioned case be rescheduled from July 9, 2008 to July 21, 2008 at 10:00 a.m. before the Honorable Wayne D. Brazil.

DATED:_____          _____
                                  HON. NANDOR J. VADAS
                                  United States Magistrate Judge