**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/8/08

**CR 08-00194SBA**                                   **JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>**

**RICHARDS**                                                    Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u>JAMES MANN</u>                                                 <u>REBECCA SILBERT</u>
**U.S. ATTORNEY**                                          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**                        <u>IRENE RODRIQUEZ</u>
                                                    **Court Reporter**

  **Interpreter**                                                   **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/2/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to   9/2/08   for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**