1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3680
7  Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES RICHARDS, <br><br> Defendant. | No. CR-08-0194 SBA <br><br> STIPULATED REQUEST TO CONTINUE DETENTION HEARING AND [~~PROPOSED~~] ORDER <br><br> Date:  July 9, 2008 <br> Time:  10:00 a.m. <br> Court:  Hon. Nandor J. Vadas |

On June 18, 2008, Defendant James Richards requested a further detention hearing in the above-captioned matter. The Honorable Wayne D. Brazil set the matter for further detention hearing before this Court on July 9, 2008. Counsel for the government is not available on July 9, 2008. The parties, therefore, request that this Court vacate the detention hearing set for July 9,

////

////

////

////

STIP. REQ. TO CONTINUE DETENTION HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

2008 and reset the same hearing for July 21, 2008 at 10:00 a.m. before the Honorable Wayne D. Brazil.

DATED: July 8, 2008

_____/s/_____  
JAMES C. MANN  
Assistant United States Attorney  
Counsel for United States

_____/s/_____  
REBECCA SILBERT  
Counsel for James Richards

**IT IS HEREBY ORDERED** that Defendant's detention hearing in the above-captioned case be rescheduled from July 9, 2008 to July 21, 2008 at 10:00 a.m. before the Honorable Wayne D. Brazil.

DATED: 7/8/07

HON. NANDOR J. VADAS  
United States Magistrate Judge

STIP. REQ. TO CONTINUE DETENTION HEARING AND [PROPOSED] ORDER  
No. CR-08-0194 SBA