JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JAMES RICHARDS,<br>    Defendant. | No. CR-08-0194 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 2, 2008<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

     The above-captioned matter is set on September 2, 2008 before this Court for a status hearing. The parties request that this Court continue the hearing to September 16, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 16, 2008.

     The defendant was originally represented by private defense counsel, but the Federal Public Defender's Office substituted in as defendant's counsel of record on or about June 13, 2008. The government has produced discovery to counsel for defendant. Additionally, the defendant has requested additional discovery, including CAD tapes and other information in the possession of the Oakland Police Department. The government intends to produce additional

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

1  discovery to the defendant by the end of this week. Defense counsel, however, is out of the
2  office for two weeks starting on Wednesday, August 13, 2008. Defense counsel and the
3  defendant will, therefore, need additional time to review the discovery produced and to be
4  produced by the government, and to investigate this matter further. The parties believe that a
5  continuance until September 16, 2008 will allow the defendant adequate time to review the
6  necessary discovery. The parties agree the ends of justice served by granting the continuance
7  outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the
8  parties further stipulate and request that the Court exclude time between the date of this
9  stipulation and September 16, 2008 under the Speedy Trial Act for effective preparation of
10 counsel, continuity of counsel, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

12 DATED: August 13, 2008

15 _____/s/_____    _____/s/_____
   JAMES C. MANN                REBECCA SILBERT
   Assistant United States Attorney    Counsel for James Richards
16 Counsel for United States

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0194 SBA |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JAMES RICHARDS, | |
| Defendant. | Date: September 2, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

The parties jointly requested that the hearing in this matter be continued from September 2, 2008 to September 16, 2008, and that time be excluded under the Speedy Trial Act between August 12, 2008 and September 16, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of counsel.  The government has produced discovery to counsel for defendant.  Additionally, the defendant has requested additional discovery, including CAD tapes and other information in the possession of the Oakland Police Department.  The government intends to produce additional discovery to the defendant by the end of this week.  Defense counsel, however, is out of the office for two weeks starting on Wednesday, August 13, 2008.  Defense counsel and the defendant will, therefore, need additional time to review the discovery produced and to be produced by the government,

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

1  and to investigate this matter further.  The parties agree the ends of justice served by granting the
2  continuance outweigh the best interests of the public and the defendant in a speedy trial.  For
3  these stated reasons, the Court finds that the ends of justice served by granting the continuance
4  outweigh the best interests of the public and the defendant in a speedy trial.  Good cause
5  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  September 2, 2008 to September 16, 2008, and that time between August 12, 2008 and
8  September 16, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation
9  of counsel, taking into account the exercise of due diligence, and continuity of counsel.

11  DATED:_____                    _____
                                              HON. SAUNDRA BROWN ARMSTRONG
12                                            United States District Judge

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA