1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )   No. CR-08-0194 SBA
                                      )
12           Plaintiff,                )   [XXXXXXXX] [PROPOSED] ORDER GRANTING
                                      )   STIPULATED REQUEST TO CONTINUE
13       v.                           )   HEARING DATE TO SEPTEMBER 16,
                                      )   2008 AND TO EXCLUDE TIME UNDER
14   JAMES RICHARDS,                  )   THE SPEEDY TRIAL ACT
                                      )
15           Defendant.                )   Date:   September 2, 2008
                                      )   Time:   9:00 a.m.
16                                    )   Court:  Hon. Saundra Brown
                                      )           Armstrong
17   _____)

18

19       The parties jointly requested that the hearing in this matter be continued from September 2,

20   2008 to September 16, 2008, and that time be excluded under the Speedy Trial Act between

21   August 12, 2008 and September 16, 2008 to allow for the effective preparation of counsel, taking

22   into account the exercise of due diligence, and continuity of counsel.  The government has

23   produced discovery to counsel for defendant.  Additionally, the defendant has requested

24   additional discovery, including CAD tapes and other information in the possession of the

25   Oakland Police Department.  The government intends to produce additional discovery to the

26   defendant by the end of this week.  Defense counsel, however, is out of the office for two weeks

27   starting on Wednesday, August 13, 2008.  Defense counsel and the defendant will, therefore,

28   need additional time to review the discovery produced and to be produced by the government,

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA

1 and to investigate this matter further. The parties agree the ends of justice served by granting the
2 continuance outweigh the best interests of the public and the defendant in a speedy trial. For
3 these stated reasons, the Court finds that the ends of justice served by granting the continuance
4 outweigh the best interests of the public and the defendant in a speedy trial. Good cause
5 appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

6     **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7 September 2, 2008 to September 16, 2008, and that time between August 12, 2008 and
8 September 16, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation
9 of counsel, taking into account the exercise of due diligence, and continuity of counsel.

10

11 DATED: 9/2/08                                       _Saundra B. Armstrong_
12                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER
No. CR-08-0194 SBA