UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**The Honorable HAYWOOD S. GILLIAM, JR.**

| | |
|---|---|
| **Clerk:** Nikki D. Riley | **Court Reporter:** Raynee Mercado |
| **Date:** May 19, 2021 | **Time:** 12:07 p.m.-1:11p.m. (1 hours and 4 minutes) |
| **Case Number:** 08-cr-194-SBA (HSG) | **Case Name:** USA v. James Richards |
| **Plaintiff Attorney(s):** Thomas Green | **Defense Attorney(s):** Robert Waggener |
| **Trial Began:** May 10, 2021 | **Further Trial:** May 19, 2021 |

| **Trial Motions Heard**: | **Disposition** |
|---|---|
| 1. | |
| 2. | |

**Other:**
The following witnesses are called by Plaintiff: Dejon Brantley and Dillon Phillips. Counsel for the government is directed to file by the close of business day today what excerpts they wanted admitted and played from the Alameda County Santa Rita Jail calls. Counsel are directed to meet and confer regarding briefing on the *Hall* hearsay issue.