CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RICHARDS,<br><br>Defendant. | CASE NOS.: 4:08-CR-00194-HSG-1<br><br>ORDER DETAINING DEFENDANT |

**ORDER OF DETENTION**

On Monday, July 27, 2026, the defendant appeared before the Honorable Judge Ajay S. Krishnan in connection with a Form 12 charging defendant with four violations of supervised release, including violating the mandatory condition (1) that defendant not commit any federal, state or local crime, (2) the defendant must not own or possess any firearms, (3) the defendant must not knowingly leave the federal judicial district where he was authorized to reside without first getting permission from his probation officer or the Court, and (4) the defendant must not unlawfully possess a controlled substance.

This matter came before the Court on July 29, 2026, for a detention hearing. The defendant was

present and represented by Melissa Lubin. Assistant United States Attorney Ivana Djak appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by that the defendant did not meet his burden prove by clear and convincing evidence that any conditions of release would reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending resolution of this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion. The defendant was found in violation of his supervised release conditions in 2021 for firearms possession and driving the wrong direction on the highway. In 2021, the defendant was sentenced to 48 months' imprisonment for the above referenced violation. The defendant began his current term of supervised release on August 8, 2023. Additionally, the defendant was convicted in Nevada state court for the conduct that forms the basis for the Form 12 violations in the instant matter, which occurred less than a year and a half after the defendant began his current term of supervised release. The firearm possession in Nevada entailed waiving a firearm on a busy street. The Court finds that both the behavior in 2021 and 2025 (the instant matter) were dangerous and the defendant poses a significant risk to the safety of the community, and the defendant did not meet his burden by clear and convincing evidence. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 31, 2026

HONORABLE AJAY KRISHNAN
United States Magistrate Judge